**MEMO ENDORSED**



Garson, Segal, Steinmetz, Fladgate LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

| | | | |
|---|---|---|---|
| Robert Garson ◊ | Stephen Greenwald | Kevin Kehrli ‹ | Tel: +1 (212) 380-3623 |
| Michael Steinmetz * ∝ | John Lane ∝ | Morgan Romagna | Fax: +1 (347) 537-4540 |
| Chris Fladgate ° | Timothy Kendal ◊ | Maddie Brown | |
| Thomas Segal ˆ | Ilan Ben Avraham ∇ | | |

Additional Bar Memberships
◊ England and Wales      ∝ Patent Bar
ˆ Paris                  ° Victoria (Australia)
* New Jersey             ∇ Israel
‹ Pennsylvania              Colorado

Email: kk@gs2law.com

Hon. Valerie E. Caproni                                                April 19, 2021
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

**Re: LG Capital Funding, LLC v. Nyxio Technologies, Corp. (21-cv-2044(VEC))**

Dear Judge Caproni:

This firm represents LG Capital Funding, LLC ("LG" or "Plaintiff") in the above-referenced matter. I write pursuant to Your Honor's March 11, 2021 Order and an email from Your Honor's Chambers, dated April 16, 2021.

First and foremost, I apologize for the delay in writing the Court, but I was out sick last week.

This morning, I filed the Summons Returned Executed, Dkt. 7, which shows that Defendant, Nyxio Technology Corp., was served via its registered agent on April 13, 2021, making its answer due on or before May 4, 2021.

Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Conference scheduled for April 23, 2021 *sine die* pending Defendant's appearance and answer.

Respectfully Submitted,

/s/
Kevin Kehrli, Esq.

The April 23, 2021 IPTC is ADJOURNED to **May 14, 2021, at 2:30 p.m.** Plaintiff's counsel is warned, however, to closely heed this Court's orders and Individual Practices

SO ORDERED.

*Valerie Caproni*
4/19/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

USA: 164 West 25th Street, 11th Floor, New York, NY 10001
UK:, 2 Bedford Row, London WC1R 4BU
www.GS2Law.com