**MEMO ENDORSED**

**GS2LAW**
Garson, Segal, Steinmetz, Fladgate LLP

Robert Garson ◊
Michael Steinmetz * ∝
Chris Fladgate °
Thomas Segal ˆ

Stephen Greenwald
John Lane ∝
Timothy Kendal ◊
Ilan Ben Avraham ∇

Kevin Kehrli ‹
Morgan Romagna
Maddie Brown

Tel: +1 (212) 380-3623
Fax: +1 (347) 537-4540

Additional Bar Memberships
◊ England and Wales
ˆ Paris
* New Jersey
‹ Pennsylvania
∝ Patent Bar
° Victoria (Australia)
∇ Israel
   Colorado

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2021

Email: kk@gs2law.com

May 7, 2021

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

**Re: LG Capital Funding, LLC v. Nyxio Technologies, Corp. (21-cv-2044(VEC))**

Dear Judge Caproni:

This firm represents LG Capital Funding, LLC ("LG" or "Plaintiff") in the above-referenced matter. I write pursuant to Your Honor's March 11, 2021 Order and an email received from chambers today.

As the docket shows, Defendant's Registered Agent was served on April 13, 2021, and Defendant's Answer was due on or before May 4, 2021. Further, Plaintiff has not been contacted by any representatives of Defendant. Accordingly, Plaintiff intends to seek a certificate of default from the Clerk of the Court and move for default judgment pursuant to Your Honor's Individual Rule 4(I), and will do so on or before May 14, 2021.

Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Conference scheduled for May 14, 2021 *sine die* pending Plaintiff's contemplated motion for default judgment.

Respectfully Submitted,

/s/
Kevin Kehrli, Esq.

The May 14, 2021 IPTC is adjourned *sine die*. Plaintiff must apply for a certificate of default not later than **May 14, 2021**. No later than 14 days after obtaining a certificate of default, Plaintiff must apply for a default judgment in accordance with this Court's Individual Practices. Additional failures by Plaintiff's counsel to timely file in accordance with this Court's orders and to follow this Court's Individual Practices may result in sanctions.

SO ORDERED.

*[signature]*  5/7/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

USA: 164 West 25th Street, 11th Floor, New York, NY 10001
UK:, 2 Bedford Row, London WC1R 4BU
www.GS2LAW.com